IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARIN E. SOLLMAN, Individually and as Administratrix of the Estate of Jesse E. Sollman, Plaintiff, vs. THE CITY OF EASTON, et al., Defendants. | : : : : : : : : : : | CIVIL ACTION<br><br>NO. 07-1183 |

FILED
JAN 0 8 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 8th day of January, 2016, upon careful and independent consideration of Plaintiff's Petition to Withdraw Principal or Interest from Separate Accounts of SRS n/k/a SRR, Minor Daughter of Petitioner and JES n/k/a JER, Minor Son of Petitioner (Dkt. No. 221) filed on January 4, 2016; and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated January 5, 2016, **IT IS HEREBY ORDERED** that:

1. the R&R is **APPROVED** and **ADOPTED**;

2. Plaintiff's Petition is **GRANTED**.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.